UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR,<br><br>         Plaintiff,<br><br>     v.<br><br>MADERA COUNTY DEPT. OF CORRECTIONS, *et al.*,<br><br>         Defendants. | Case No.  1:20-cv-00388-JDP<br><br>ORDER THAT DEFENDANTS RESPOND TO PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF AND A TEMPORARY RESTRAINING ORDER<br><br>ECF No. 11<br><br>ORDER DIRECTING THAT THE CLERK'S OFFICE MAIL A COPY OF THIS ORDER TO DEFENDANTS |

   Plaintiff Travis Justin Cuellar is a pretrial detainee proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983.  On June 4, 2020, plaintiff filed a motion for a temporary restraining order and an injunction prohibiting harassment.  ECF No. 11.

   The court orders that the defendants—the Madera County Department of Corrections, Officer Alvarez, and Sergeant Mendoza—file a response to plaintiff's motion by August 3, 2020 (the same day that an answer is due).  Because no attorney has appeared for the three defendants, the clerk of court is directed to mail each defendant a copy of this order at the address indicated on the waiver of service, 14191 Road 28, Madera, CA 93638.

1

IT IS SO ORDERED.

Dated: __June 17, 2020__  
_____  
UNITED STATES MAGISTRATE JUDGE

No. 205.