UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR,<br><br>Plaintiff,<br><br>v.<br><br>MADERA COUNTY DEPT. OF CORRECTIONS, *et al*.,<br><br>Defendants. | Case No.  1:20-cv-00388-JDP<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF<br><br>ECF No. 14<br><br>ORDER THAT THE CLERK'S OFFICE FORWARD THIS ORDER AND PLAINTIFF'S MOTION TO THE LITIGATION COORDINATOR OF THE MADERA COUNTY DEPARTMENT OF CORRECTIONS |

Plaintiff Travis Justin Cuellar is a county detainee proceeding without counsel in this action under 42 U.S.C. § 1983.  On June 24, 2020, plaintiff filed a motion for miscellaneous relief, including legal research materials.  ECF No. 14.  Generally, this court does not have the power to bind third parties that are not before it, or provide legal research or related materials to a plaintiff.  The motion is therefore denied.  However, the court also orders that the clerk's office forward this order and plaintiff's request to the litigation coordinator at the Madera County Department of Corrections.  The court requests that that the litigation coordinator work with plaintiff to accommodate his needs in this case.  In addition, the court notes that the denial of law-library access may itself create a constitutional issue.  *Bounds v. Smith*, 430 U.S. 817, 828 (1977) ("[T]he fundamental constitutional right of access to the courts requires prison authorities to assist

inmates in the preparation and filing of meaningful legal papers by providing prisoners with adequate law libraries or adequate assistance from persons trained in the law.").

IT IS SO ORDERED.

Dated:   June 26, 2020                              _____
                                                    UNITED STATES MAGISTRATE JUDGE

No. 205.